UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Greer's Ranch Café**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**Isabella Casillas Guzman**, et al.,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-00651-O |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Plaintiffs Greer's Ranch Café and Philip Greer dismiss their action under Rule 41(a)(1)(A)(i), without prejudice. Each party will bear its own costs and fees.

　　　　　　　　　　　　　　　　　　　Respectfully submitted.

| | |
|---|---|
| | /s/ Jonathan F. Mitchell |
| Gene P. Hamilton* | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |
| | |
| Charles W. Fillmore | Robert Henneke |
| H. Dustin Fillmore | Texas Bar No. 24046058 |
| The Fillmore Law Firm, L.L.P. | Texas Public Policy Foundation |
| 201 Main Street, Suite 801 | 901 Congress Avenue |
| Fort Worth, Texas 76102 | Austin, Texas 78735 |
| (817) 332-2351 (phone) | (512) 472-2700 (phone) |
| (817) 870-1859 (fax) | rhenneke@texaspolicy.com |
| chad@fillmorefirm.com | |
| dusty@fillmorefirm.com | |
| | *Counsel for Plaintiffs and* |
| Dated: May 19, 2021 | *the Proposed Class* |

## CERTIFICATE OF SERVICE

I certify that on May 19, 2021, I served this document through CM/ECF on all counsel of record.

      /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*